[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————

No. 06-13273

———————

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 19, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 01-01025 CV-WBH-1

JAVIER VILLEGAS,

                                        Plaintiff-Appellee,

versus

DEERE & COMPANY,
A Delaware Corporation,
JOHN DEERE CONSTRUCTION EQUIPMENT COMPANY,
a foreign corporation,

                                        Defendants-
                                        Third-Party Plaintiffs-
                                        Appellants.

———————

Appeal from the United States District Court
for the Northern District of Georgia

———————

**(December 19, 2006)**

Before DUBINA and WILSON, Circuit Judges, and HODGES,* District Judge.

_____

        *Honorable Wm. Terrell Hodges, United States District Judge for the Middle District of
Florida, sitting by designation

PER CURIAM:

Appellants Deere & Company and John Deere Construction Equipment (collectively "Deere") appeal, in this products liability action, the entry of judgment entered on the jury's verdict in favor of Appellee Javier Villegas ("Villegas") and the district court's denial of Deere's motions for new trial and judgment as a matter of law.

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we affirm the judgment in this case in favor of Villegas and against Deere & Company.

**AFFIRMED.**